# NOTICE OF REMOVAL

INDEX OF ATTACHMENTS

| NO. | DESCRIPTION |
|---|---|
| 1 | Index of Attachments to Notice of Removal |
| 2 | List of Counsel |
| 3 | State Court Action Docket Sheet |
| 4 | Pleadings, Executed Process, Signed Orders, and Other Filings from State Court Action |