**HCDistrictclerk.com** CARNERO G&P LLC vs. SN EF UNSUB LP 9/7/2021
Cause: 202146431 CDI: 7 Court: 269

## APPEALS
No Appeals found.

## COST STATMENTS
No Cost Statments found.

## TRANSFERS
No Transfers found.

## POST TRIAL WRITS
No Post Trial Writs found.

## ABSTRACTS
No Abstracts found.

## SETTINGS
No Settings found.

## NOTICES
No Notices found.

## SUMMARY

### CASE DETAILS

| | |
|---|---|
| **File Date** | 7/30/2021 |
| **Case (Cause) Location** | |
| **Case (Cause) Status** | Active - Civil |
| **Case (Cause) Type** | HOMEOWNERS ASSOCIATION |
| **Next/Last Setting Date** | N/A |
| **Jury Fee Paid Date** | N/A |

### CURRENT PRESIDING JUDGE

| | |
|---|---|
| **Court** | 269th |
| **Address** | 201 CAROLINE (Floor: 13)<br>HOUSTON, TX 77002<br>Phone:7133686370 |
| **JudgeName** | CORY SEPOLIO |
| **Court Type** | Civil |

## ACTIVE PARTIES

| Name | Type | Post Jdgm | Attorney |
|---|---|---|---|
| CARNERO G&P LLC | PLAINTIFF - CIVIL | | NETTLES, EUGENE M. |
| SN EF UNSUB LP | DEFENDANT - CIVIL | | |
| EAGLE FORD TX LP | DEFENDANT - CIVIL | | |
| VENADO EF L P | DEFENDANT - CIVIL | | |
| MITSUI E&P TEXAS LP | DEFENDANT - CIVIL | | |
| MESQUITE ENERGY INC | DEFENDANT - CIVIL | | |
| SN EF UNSUB LP MAY BE SERVED THROUGH ITS REGISTERED AGENT | REGISTERED AGENT | | |
| EAGLE FORD TX LP MAY BE SERVED THROUGH | REGISTERED AGENT | | |

| | |
|---|---|
| ITS REGISTERED AGENT | |
| VENADO EF L P MAY BE SERVED THROUGH ITS REGISTERED AGENT | REGISTERED AGENT |
| MITSUI E&P TEXAS LP MAY BE SERVED BY SERVING THROUGH ITS REGISTERED | REGISTERED AGENT |
| MESQUITE ENERGY INC (IS A CORPORATION) MAY BE SERVED THROUGH ITS | REGISTERED AGENT |

## INACTIVE PARTIES

No inactive parties found.

## JUDGMENT/EVENTS

| Date | Description | Order Signed | Post Jdgm | Pgs | Volume /Page | Filing Attorney | Person Filing |
|---|---|---|---|---|---|---|---|
| 7/30/2021 | ORIGINAL PETITION | | | 0 | | NETTLES, EUGENE M. | CARNERO G&P LLC |

## SERVICES

| Type | Status | Instrument | Person | Requested | Issued | Served | Returned | Received | Tracking | Deliver To |
|---|---|---|---|---|---|---|---|---|---|---|
| CITATION | SERVICE RETURN/EXECUTED | ORIGINAL PETITION | SN EF UNSUB LP MAY BE SERVED THROUGH ITS REGISTERED AGENT | 7/30/2021 | 8/11/2021 | 8/13/2021 | | | 73900908 | E-MAIL |
| 1999 BRYAN STREET ST SUITE 900 DALLAS TX 75201 | | | | | | | | | | |
| CITATION | SERVICE RETURN/EXECUTED | ORIGINAL PETITION | EAGLE FORD TX LP MAY BE SERVED THROUGH ITS REGISTERED AGENT | 7/30/2021 | 8/11/2021 | 8/13/2021 | | | 73900910 | E-MAIL |
| 206 E 9TH STREET SUITE 1300 AUSTIN TX 78701 | | | | | | | | | | |
| CITATION | SERVICE RETURN/EXECUTED | ORIGINAL PETITION | VENADO EF L P MAY BE SERVED THROUGH ITS REGISTERED AGENT | 7/30/2021 | 8/11/2021 | 8/16/2021 | | | 73900911 | E-MAIL |
| 5444 WESTHEIMER #1000 HOUSTON TX 77056 | | | | | | | | | | |
| CITATION | SERVICE RETURN/EXECUTED | ORIGINAL PETITION | MITSUI E&P TEXAS LP MAY BE SERVED BY SERVING THROUGH ITS REGISTERED | 7/30/2021 | 8/11/2021 | 8/13/2021 | | | 73900912 | E-MAIL |
| 1999 BRYAN STREET SUITE 900 DALLAS TX 75201 | | | | | | | | | | |
| CITATION CORPORATE | SERVICE RETURN/EXECUTED | ORIGINAL PETITION | MESQUITE ENERGY INC (IS A CORPORATION) MAY BE SERVED THROUGH ITS | 7/30/2021 | 8/11/2021 | 8/13/2021 | | | 73900913 | E-MAIL |
| 1999 BRYAN ST SUITE 900 DALLAS TX 75201 | | | | | | | | | | |

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| 97736304 | Stipulation Regarding Defendants' Deadline to File Responsive Pleadings | | 09/07/2021 | 7 |
| 97459521 | Return of Service - MITSUI E&P Texas LP | | 08/20/2021 | 4 |
| 97459532 | Return of Service - Mesquite Energy Inc | | 08/20/2021 | 4 |
| 97459646 | Return of Service - SN EF Unsub, LP | | 08/20/2021 | 4 |
| 97460203 | Return of Service - Eagle Ford TX LP | | 08/20/2021 | 4 |
| 97460281 | Affidavit of Service | | 08/20/2021 | 4 |
| 97254947 | Requests for Issuance of Service | | 08/09/2021 | 5 |
| 97113645 | Plaintiffs Original Petition | | 07/30/2021 | 12 |