**NOTICE OF REMOVAL**
INDEX OF PLEADINGS, PROCESS, AND
ORDERS FROM STATE COURT ACTION

| **DATE** | **DESCRIPTION** |
|---|---|
| 7/30/2021 | Plaintiff's Original Petition |
| 8/9/2021 | Request for Issuance of Service |
| 8/20/2021 | Affidavit of Service – Eagle Ford TX, LP |
| 8/20/2021 | Affidavit of Service – Mesquite Energy, Inc. |
| 8/20/2021 | Affidavit of Service – Mitsui E&P Texas LP |
| 8/20/2021 | Affidavit of Service – SN EF UnSub LP |
| 8/20/2021 | Affidavit of Service – Venado EF L.P. |
| 9/4/2021 | Stipulation |

7/30/2021 9:07 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 55852780
By: Cecilia Thayer
Filed: 7/30/2021 9:07 AM

CAUSE NO. ________

| | | |
|---|---|---|
| CARNERO G&P LLC, | § | IN THE DISTRICT COURT OF |
| Plaintiff, | § | |
| v. | § | |
| | § | HARRIS COUNTY, TEXAS |
| SN EF UNSUB, LP, EAGLE FORD TX LP, | § | |
| VENADO EF L.P., MITSUI E&P TEXAS LP, | § | |
| and MESQUITE ENERGY, INC., | § | |
| Defendants. | § | |
| | § | ___ JUDICIAL DISTRICT |

# **Plaintiff's Original Petition**

Plaintiff CARNERO G&P LLC ("Carnero" or "Plaintiff") files this original petition against Defendants SN EF UNSUB, LP ("UnSub"), EAGLE FORD TX LP ("Eagle Ford"), VENADO EF L.P. ("Venado"), MITSUI E&P TEXAS LP ("Mitsui"), and MESQUITE ENERGY, INC. ("Mesquite") and alleges as follows:

## **I. Discovery Control Plan**

1. Plaintiff intends that discovery be conducted under Level 2 pursuant to TEX. R. CIV. P. 190.3.

## **II. Parties**

2. Carnero is a Texas joint venture, owned fifty percent (50%) by TPL SouthTex Processing Company LP ("Targa") and fifty percent (50%) by Evolve Transition Infrastructure LP (f/k/a Sanchez Midstream Partners LP) ("SNMP") with its principal place of business in Houston, Texas.

3. UnSub is a limited partnership organized under the laws of Delaware with its principal place of business at 1000 Main Street, Suite 3000, Houston, Texas 77002. It may be

served through its registered agent CT Corporation System, 1999 Bryan St., Suite 900, Dallas, Texas 75201.

4. Eagle Ford is a limited partnership organized under the laws of Texas with its principal place of business at 555 San Felipe Road, Suite 1175, Houston, Texas 77056. It may be served through its registered agent Capitol Corporate Services, Inc., 206 E. 9th Street, Suite 1300, Austin, Texas 78701.

5. Venado is a limited partnership organized under the laws of Delaware with its principal place of business at 13501 Galleria Circle, Suite 350, Austin, Texas 78738. It may be served through its registered agent Corporate Creations Network, Inc., 5444 Westheimer #1000, Houston, Texas 77056.

6. Mitsui is a limited partnership organized under the laws of Texas with its principal place of business at 9 Greenway Plaza, Suite 1250, Houston, Texas 77046. It may be served through its registered agent CT Corporation System, 1999 Bryan Street, Suite 900, Dallas Texas 75201.

7. Mesquite is a corporation organized under the laws of Delaware with its principal place of business at 700 Milam Street, Suite 600, Houston, Texas 77002. It may be served through its registered agent CT Corporation System, 1999 Bryan St., Suite 900, Dallas, Texas 75201.

## III. <u>Jurisdiction</u>

8. This Court has jurisdiction over this matter because it has the power to declare the rights between the parties pursuant to TEX. CIV. PRAC. & REM. CODE § 37.003, and the amount in controversy is within the jurisdictional limits of this Court.

## IV. <u>Venue</u>

9. Venue is proper in Harris County, Texas under Texas Civil Practice & Remedies Code section 15.002(a) (1), and 15.035(a). The agreements that form the basis of this dispute

provide that all disputes must be brought in Houston, Harris County, Texas. Moreover, all or a substantial part of the events or omissions giving rise to the claim occurred in Harris County, Texas.

## V. Rule 47 Statement of Relief

10. Under TEX. R. CIV. P. 47, Plaintiff seeks non-monetary relief and attorney's fees and costs.

## VI. Factual Background

11. This is a dispute over the meaning of three contracts arising from oil and gas operations on the "Comanche Assets" in the Western Eagle Ford Shale.

**The Comanche Assets**

12. Prior to January 2017, Eagle Ford, Venado, Mitsui, Anadarko E&P Onshore LLC, and Kerr-McGee Oil and Gas Onshore LP all owned working interests in approximately 300,000 gross acres of oil and gas rights in acreage known as the "Comanche Assets," which is primarily located in the Western Eagle Ford Shale. Eagle Ford, Venado, and Mitsui are collectively referred to as the "WIPs."

**The Comanche Assets Acquisition**

13. In January, 2017, SN EF Maverick, LLC ("Maverick") (a subsidiary of Sanchez Energy Corporation ("Sanchez")) and various co-investors, including Gavilan Resources, LLC ("Gavilan")[1] and UnSub, purchased the working interests of Anadarko E&P Onshore LLC and Kerr-McGee Oil and Gas Onshore LP (together, "Anadarko") in the Comanche Assets. The transaction closed on March 1, 2017.

[1] Gavilan Resources, LLC filed for bankruptcy on May 15, 2020, and later sold its interests in the Comanche Assets to Maverick (now known as Mesquite Energy, Inc., as explained below) in or about October 2020. As a result, the Plaintiff has not named Gavilan as a defendant.

**Comanche Assets Existing Commitments Dedications**

14. At the time of the Comanche Assets acquisition, the acreage conveyed to Maverick, Gavilan, and UnSub was dedicated by Anadarko for gathering and processing to other midstream providers pursuant to agreements that prevent, in part, the delivery of gas to other service providers (the "Existing Commitments").[2] Anadarko retained these Existing Commitments under the terms of the March 1, 2017 Comanche Assets acquisition agreements, specifically the Retained Midstream Contracts Services Agreement among Maverick, as "Provider," and Anadarko E&P Onshore, LLC and Kerr-McGee Oil & Gas Onshore LP, collectively as the "Recipient" (the "Midstream Agency Agreement"). The Midstream Agency Agreement required Provider to act as Recipient's agent for delivering gas on behalf of Recipient under the retained Existing Commitments.

15. Maverick, UnSub, and the WIPS never became parties to the underlying Existing Commitments. The Midstream Agency Agreement is the only agreement that required Maverick to deliver gas from the Comanche Assets to the Recipient for delivery under the Anadarko-retained Existing Commitments. UnSub and the WIPs never became parties to the Midstream Agency Agreement.

**Comanche Assets Marketing Agreement**

16. UnSub and Maverick agreed that Maverick would buy UnSub's share of the oil and gas produced by the Comanche Assets under the terms of a Hydrocarbons Purchase and Marketing Agreement (the "Marketing Agreement") dated as of January 12, 2017. The Marketing Agreement

[2] On information and belief, any dedication to other parties was not a complete dedication because some of the gas produced from the Comanche Assets was delivered to Carnero after the time that Carnero, Mesquite and UnSub entered into the Ratification Agreement referenced herein.

is the only agreement that linked UnSub's gas from the Comanche Assets to the Existing Commitments.

**Comanche Assets Dedication to Carnero**

17. On April 1, 2018, Maverick and Carnero entered into a Firm Gas Gathering, Processing and Purchasing Agreement (the "GGPA"). The GGPA obligates Maverick to deliver certain "Dedicated Gas" produced by the Comanche Assets (i.e., the "Dedicated Acreage") to Carnero. Section 3.1(b) of the GGPA excludes certain gas that is committed to other service providers under the Existing Commitments until the obligation to deliver gas thereunder terminates or expires. In addition, Section 3.1(b) of the GGPA requires Mesquite, as successor to Maverick, to terminate the obligation to deliver gas under any Existing Commitment at the earliest possible time.

18. UnSub, Maverick, and Carnero entered into a Ratification Agreement (the "UnSub Ratification Agreement") on the same day that Maverick and Carnero entered into the GGPA. Gavilan, Eagle Ford and Venado also executed ratification agreements in substantially the same form as UnSub's Ratification Agreement. These agreements together with the UnSub Ratification Agreement are collectively referred to as the "Ratification Agreements". As a consequence of the various Ratification Agreements, UnSub, Gavilan, Eagle Ford, and Venado have the same obligations as Maverick to terminate their delivery obligations under any Existing Commitments at the earliest possible time. Mitsui signed a Letter Agreement dated effective April 1, 2018 ("Letter Agreement"), that authorized Maverick to process Mitsui's gas from the Comanche Assets under the GGPA as if Mitsui had ratified the GGPA.

19. At the same time they signed the GGPA and the various Ratification Agreements and the Letter Agreement, Unsub, Eagle Ford, Venado, Maverick, Gavilan, and Carnero entered

into an Amendment to the Firm Gas Gathering, Processing, and Purchase Agreement ("GGPA Amendment") dated effective April 1, 2018.

20. Through the Ratification Agreements, UnSub, Gavilan, Eagle Ford, and Venado ratified and confirmed the GGPA in all respects and each agreed to assume all obligations of *a Producer* (as defined in the GGPA) under the GGPA in all respects. Specifically, the various Ratification Agreements each provide:

a. **Section 2 –** "Producer [UnSub, Eagle Ford, and Venado each] hereby *ratifies and confirms the GGPA in all respects, and agrees that Producer [UnSub, Gavilan, Eagle Ford, and Venado* each*] will assume all the obligations of a* ***'Producer' (as defined in the GGPA)*** *under the GGPA in all respects and make all the representations and warranties of a 'Producer' under the GGPA."* [Emphasis Added.]

b. **Section 4** - "*Producer [UnSub, Gavilan, Eagle Ford, and Venado* each*] hereby ratifies and confirms the dedication of all of its interests in the Dedicated Acreage and Dedicated Gas under the GGPA to the extent provided in the GGPA…*[3] *and agrees that (a) such interests will be dedicated to Carnero and to the performance of the GGPA, as provided in the GGPA….*" [Emphasis added.]

c. **Section 6 –** UnSub, Gavilan, Eagle Ford, and Venado each appointed Maverick as its "Producer's Representative"—"its agent and attorney-in-fact with respect to all matters under the GGPA," including receipt of notices and delivery of nominations as set forth in Article VI of the GGPA.

21. The GGPA provides that a "Producer" (as defined in the GGPA)—(which includes UnSub, Gavilan, Eagle Ford, and Venado per the various Ratification Agreements)—has the following obligations:

a. **Section 3.1(b) –** Producer's Gas that is subject to "Existing Commitments" is excluded from the dedication under Section 3.1(b) of the GGPA, *but only until "the earliest time at which any right or option to terminate such Existing Commitment, exercisable by Producer, without out-of-pocket cost (other than any such cost to deliver Producer's Gas to the Gathering System … or such costs for which Carnero agrees to reimburse Producer), it being understood that Producer shall exercise any such option or right*

[3] Venado's Ratification Agreement omits the language that is omitted in this quote ("(including with respect to after acquired interests)").

> *at the earliest possible time, at which time Producer's Gas and/or natural gas liquids previously subject to such Existing Commitments shall be dedicated pursuant to this Section 3.1.*" [Emphasis added].

22. Based on these provisions in the GGPA and the Ratification Agreements, UnSub, Gavilan, Eagle Ford, and Venado have *all* the obligations of Producers under the GGPA, including the obligation to comply with the terms of Section 3.1(b) of the GGPA. These obligations specifically include the obligation, upon termination of any Existing Commitment preventing delivery of their gas to Carnero, to deliver all gas previously subject to such Existing Commitment to Carnero for Carnero to gather, process, and purchase. Further, UnSub, Gavilan, Eagle Ford, and Venado appointed Maverick as their representative for purposes of delivering nominations with respect to all of their gas from the Comanche Assets under the GGPA. Under the Letter Agreement, Mitsui authorized Mesquite to market the gas from Mitsui's interest in the Comanche Assets under the GGPA.

**Maverick's Bankruptcy**

23. Maverick and certain of its affiliates (collectively, the "Sanchez Debtors") filed chapter 11 bankruptcy petitions on August 11, 2019 in the United States Bankruptcy Court for the Southern District of Texas, Houston Division (the "Bankruptcy Court") [Case No. 19-34508, jointly administered]. On April 30, 2020, the Bankruptcy Court entered an order confirming the Sanchez Debtors' Second Amended Joint Chapter 11 Plan of Reorganization [Docket No. 1205, Case No. 19-34508] (the "Plan"). As part of the Plan confirmation process, Maverick assumed the GGPA. Upon the effective date of the Plan, Mesquite became the successor to Maverick.

24. On June 28, 2021, the Bankruptcy Court entered a Stipulation of Dismissal and Agreed Order confirming the agreed rejection of the Marketing Agreement and the assumption of the UnSub Ratification Agreement by Mesquite (the "Rejection-Assumption Order"). The rejection of the Marketing Agreement terminated Mesquite's right to UnSub's gas and triggered

the obligation under Section 3.1 of the GGPA and the UnSub Ratification Agreement for UnSub to deliver its gas to Carnero for gathering, processing, and purchase.

25. Mesquite commenced proceedings to reject the Midstream Agency Agreement, which would terminate any delivery obligation thereunder, as well as under each Existing Commitment. Termination of Mesquite's delivery obligation under the Existing Commitments (which Mesquite and UnSub, Eagle Ford, and Venado must undertake at the earliest possible time) requires the delivery of Mesquite's, UnSub's, and the WIPs' gas to Carnero under the GGPA and the Ratification Agreements. On information and belief, the WIPs are causing Mesquite to withdraw its rejection of the Midstream Agency Agreement and/or to enter into new midstream agreement(s) in violation of the GGPA and the Ratification Agreements, which would prevent delivery of the WIPs' gas to Carnero.

26. Additionally, the Rejection-Assumption Order indicates that UnSub and Mesquite may be in active negotiations to enter into a new marketing agreement or a modified version of the rejected Marketing Agreement. On information and belief, UnSub and Mesquite may be attempting to negotiate a new dedication agreement or amend other agreements (including the Existing Commitments) to prevent delivery of UnSub's gas to Carnero. On information and belief, the WIPs are taking a similar position that would prevent delivery of their gas to Carnero. These actions are in derogation of Carnero's rights under the GGPA, the various Ratification Agreements, and the Letter Agreement. If such agreement(s) are consummated, it will be a material breach of the UnSub Ratification Agreement and the GGPA. Additionally, UnSub's statements and actions in the Bankruptcy Court confirm that it does not intend to comply with the terms of the UnSub Ratification Agreement and the GGPA.

## VII. Causes of Action

### A. Declaratory Judgment

34. Carnero adopts all prior paragraphs.

35. This is an action for declaratory judgment pursuant to Texas Uniform Declaratory Judgment Act, §37.001, et. seq. of the Texas Civil Practice and Remedies Code. Carnero is a person interested under a contract, namely the GGPA, the various Ratification Agreements, and the Letter Agreement. Carnero is a person whose rights, status, and other legal relations are affected by those contracts. Carnero may have determined any question of construction or validity arising under those contracts and obtain a declaration of rights, status, or other legal relations under the GGPA, the various Ratification Agreements, and the Letter Agreement.

36. Carnero seeks the following declarations:

(a) Pursuant to its Ratification Agreement and the GGPA, all of UnSub's interests in the Comanche Assets, the Dedicated Acreage, and the Dedicated Gas are dedicated to Carnero;

(b) Pursuant to their respective Ratification Agreements and the GGPA, all of Eagle Ford's and Venado's interests in the Comanche Assets, the Dedicated Acreage, and the Dedicated Gas are dedicated to Carnero;

(c) Pursuant to the Letter Agreement and the GGPA, all of Mitsui's gas from the Comanche Assets is dedicated to Carnero;

(d) Their respective Ratification Agreements and the GGPA require UnSub, Eagle Ford, Venado, and Mesquite to exercise any and all options or rights at the earliest possible time to terminate any Existing Commitments (as defined in Section 3.1(b) of the GGPA);

(e) The GGPA requires that immediately upon termination of the Existing Commitments (as defined in Section 3.1(b) of the GGPA), UnSub and Mesquite must tender for delivery all of their gas from the Comanche Assets to Carnero at the Primary Receipt Points (as defined in Section 3.1(a) of the GGPA);

(f) The GGPA requires that immediately upon termination of the Existing Commitments (as defined in Section 3.1(b) of the GGPA), Eagle Ford and Venado must tender for delivery all of their gas from the Comanche Assets

to Carnero at the Primary Receipt Points (as defined in Section 3.1(a) of the GGPA);

(g) The GGPA and the Letter Agreement require that immediately upon termination of the Existing Commitments (as defined in Section 3.1(b) of the GGPA), Mitsui must tender for delivery all of its gas from the Comanche Assets to Mesquite for delivery to Carnero at the Primary Receipt Points (as defined in Section 3.1(a) of the GGPA);

(h) In their respective Ratification Agreements UnSub, Eagle Ford, and Venado designate Mesquite their Producer's Representative with respect to all matters arising under the GGPA;

(i) In the Letter Agreement, Mitsui designates Mesquite as its marketer with respect to Mitsui's gas from the Comanche Assets to be processed through the GGPA;

(j) After the rejection of the Marketing Agreement under 11 U.S.C. Section 365,

i). UnSub and UnSub's gas from the Comanche Assets continues to be subject to the obligations set forth in the GGPA and the Ratification Agreement; and

ii). UnSub must deliver UnSub's gas from the Comanche Assets to Carnero for gathering, processing, and purchase under the terms of the GGPA and the Ratification Agreement.

(k) The GGPA and the respective Ratification Agreements obligate Mesquite, UnSub, Eagle Ford, and Venado to terminate their delivery obligations under the Existing Commitments at the earliest possible time, which would include, among other actions, Mesquite pursuing rejection of the Midstream Agency Agreement under 11 U.S.C. Section 365.

(l) After rejection of the Midstream Agency Agreement under 11 U.S.C. Section 365,

i. Mesquite, UnSub, Eagle Ford, and Venado and their gas from the Comanche Assets automatically become and remain subject to the obligations set forth in the GGPA and the Ratification Agreement;

ii. Mesquite, UnSub, Eagle Ford, and Venado must deliver the gas from the Comanche Assets to Carnero for gathering, processing, and purchase under the terms of the GGPA and the respective Ratification Agreements; and

iii. Mitsui's gas from its interest in the Comanche Assets automatically becomes and remains subject to the obligations set forth in the GGPA and the Letter Agreement.

37. A genuine and justifiable controversy currently exists between the parties with respect to the rights and obligations under the Ratification Agreements, the Letter Agreement, and the GGPA.

**B. Attorney's Fees**

38. Carnero seeks an award of its attorney's fees under Texas Civil Practice & Remedies Code § 37.009 and as allowed by the GGPA and Ratification Agreements or other applicable agreement or statutory provision.

## VIII. <u>Relief Requested</u>

Plaintiff Carnero G&P LLC respectfully requests that the Court:

a. declare the parties' rights under the GGPA, the Ratification Agreements, and the Letter Agreement as set forth above;

b. award Plaintiff its reasonable and necessary attorney's fees; and

c. award Plaintiff such other and further relief, general or special, legal or equitable, to which it may be justly entitled.

Dated: July 30, 2021.

Respectfully submitted,

**PORTER HEDGES LLP**

By: *___/s/ Eugene M. Nettles___*
Eugene M. Nettles
State Bar No. 14927300
Joshua W. Wolfshohl
State Bar No. 24038592
Amy C. Falcon
State Bar No. 24053576
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6295
enettles@porterhedges.com
jwolfshohl@porterhedges.com
afalcon@porterhedges.com

**ATTORNEYS FOR PLAINTIFF CARNERO G&P LLC**

8/9/2021 9:02 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 56104985
By: Rhonda Momon
Filed: 8/9/2021 9:02 AM

Marilyn Burgess
HARRIS COUNTY DISTRICT CLERK
201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

# Request for Issuance of Service

**CASE NUMBER: 2021-46431** **CURRENT COURT: 269th Jidicial District**
**Name(s) of Documents to be served: Plaintiff's Original Petition**

**FILE DATE:** 07/30/2021 Month/Day/Year
**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**

**Issue Service to**: SN EF UNSUB, LP

Address of Service: 1999 Bryan St., Suite 900

City, State & Zip: Dallas, Texas 75201

Agent (if applicable): CT Corporation System

**TYPE OF SERVICE/PROCESS TO BE ISSUED**: (Check the proper Box)

☒ **Citation** ☐ **Citation by Posting** ☐ **Citation by Publication** ☐ **Citations Rule 106 Service**
☐ **Citation Scire Facias** **Newspaper**______________
☐ **Temporary Restraining Order** ☐ **Precept** ☐ **Notice**
☐ **Protective Order**
☐ **Secretary of State Citation ($12.00)** ☐ **Capias** (not by E-Issuance) ☐ **Attachment** (not by E-Issuance)
☐ **Certiorari** ☐ **Highway Commission ($12.00)**
☐ **Commissioner of Insurance ($12.00)** ☐ **Hague Convention ($16.00)** ☐ **Garnishment**
☐ **Habeas Corpus** (not by E-Issuance) ☐ **Injunction** ☐ **Sequestration**
☐ **Subpoena**
☐ **Other (Please Describe)** ____________________________________

**(See additional Forms for Post Judgment Service)**

**SERVICE BY *(check one)*:**
☐ **ATTORNEY PICK-UP (phone)** __________________
☐ **MAIL to attorney at:** ___________________
☐ **CONSTABLE**
☐ **CERTIFIED MAIL by District Clerk**

☒ **E-Issuance by District Clerk**
**(No Service Copy Fees Charged)**
***Note*: The email registered with EfileTexas.gov must be used to retrieve the E-Issuance Service Documents. Visit www.hcdistrictclerk.com for more instructions.**

☐ **CIVIL PROCESS SERVER -** Authorized Person to Pick-up: ________________ Phone: __________

☐ **OTHER**, *explain* ________________________________________________

**Issuance of Service Requested By:** Attorney/Party Name: Amy C. Falcon Bar # or ID 24053576

Mailing Address: Porter Hedges LLP, 1000 Main Street, Suite 3600, Houston, Texas 77002

Phone Number: 713.226.6681

Marilyn Burgess
HARRIS COUNTY DISTRICT CLERK

Request for Issuance of Service

**CASE NUMBER: 2021-46431** **CURRENT COURT: 269th Jidicial District**
**Name(s) of Documents to be served: Plaintiff's Original Petition**

**FILE DATE:** 07/30/2021 Month/Day/Year
**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**

**Issue Service to**: EAGLE FORD TX LP

Address of Service: 206 E. 9th Street, Suite 1300

City, State & Zip: Austin, Texas 78701

Agent (if applicable): Capitol Corporate Services, Inc.

**TYPE OF SERVICE/PROCESS TO BE ISSUED**: (Check the proper Box)

☒ **Citation** ☐ **Citation by Posting** ☐ **Citation by Publication** ☐ **Citations Rule 106 Service**
☐ **Citation Scire Facias** **Newspaper______________**
☐ **Temporary Restraining Order** ☐ **Precept** ☐ **Notice**
☐ **Protective Order**
☐ **Secretary of State Citation ($12.00)** ☐ **Capias (not by E-Issuance)** ☐ **Attachment (not by E-Issuance)**
☐ **Certiorari** ☐ **Highway Commission ($12.00)**
☐ **Commissioner of Insurance ($12.00)** ☐ **Hague Convention ($16.00)** ☐ **Garnishment**
☐ **Habeas Corpus (not by E-Issuance)** ☐ **Injunction** ☐ **Sequestration**
☐ **Subpoena**
☐ **Other (Please Describe)** ________________________________
**(See additional Forms for Post Judgment Service)**

**SERVICE BY *(check one)*:**
☐ **ATTORNEY PICK-UP (phone)** ________________
☐ **MAIL to attorney at:** ________________
☐ **CONSTABLE**
☐ **CERTIFIED MAIL by District Clerk**

☒ **E-Issuance by District Clerk**
**(No Service Copy Fees Charged)**
***Note*:** The email registered with EfileTexas.gov must be used to retrieve the E-Issuance Service Documents. Visit www.hcdistrictclerk.com for more instructions.

☐ **CIVIL PROCESS SERVER -** Authorized Person to Pick-up: ______________ Phone: __________

☐ **OTHER**, *explain* ________________________________________________

**Issuance of Service Requested By:** Attorney/Party Name: Amy C. Falcon Bar # or ID 24053576

Mailing Address: Porter Hedges LLP, 1000 Main Street, Suite 3600, Houston, Texas 77002

Phone Number: 713.226.6681

Marilyn Burgess
HARRIS COUNTY DISTRICT CLERK
201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

# Request for Issuance of Service

**CASE NUMBER: 2021-46431** **CURRENT COURT: 269th Jidicial District**
**Name(s) of Documents to be served: Plaintiff's Original Petition**

**FILE DATE:** 07/30/2021 Month/Day/Year
**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**

**Issue Service to**: VENADO EF L.P.

Address of Service: 5444 Westheimer #1000

City, State & Zip: Houston, Texas 77056

Agent (if applicable): Corporate Creations Network, Inc.

**TYPE OF SERVICE/PROCESS TO BE ISSUED**: (Check the proper Box)

☒ **Citation** ☐ **Citation by Posting** ☐ **Citation by Publication** ☐ **Citations Rule 106 Service**
☐ **Citation Scire Facias** **Newspaper**______________
☐ **Temporary Restraining Order** ☐ **Precept** ☐ **Notice**
☐ **Protective Order**
☐ **Secretary of State Citation ($12.00)** ☐ **Capias** **(not by E-Issuance)** ☐ **Attachment** **(not by E-Issuance)**
☐ **Certiorari** ☐ **Highway Commission ($12.00)**
☐ **Commissioner of Insurance ($12.00)** ☐ **Hague Convention ($16.00)** ☐ **Garnishment**
☐ **Habeas Corpus** **(not by E-Issuance)** ☐ **Injunction** ☐ **Sequestration**
☐ **Subpoena**
☐ **Other (Please Describe)** ___________________________________
**(See additional Forms for Post Judgment Service)**

**SERVICE BY *(check one)*:**
☐ **ATTORNEY PICK-UP (phone)** __________________
☐ **MAIL to attorney at:** ___________________
☐ **CONSTABLE**
☐ **CERTIFIED MAIL by District Clerk**

☒ **E-Issuance by District Clerk**
**(No Service Copy Fees Charged)**
***Note*:** The email registered with EfileTexas.gov must be used to retrieve the E-Issuance Service Documents. Visit www.hcdistrictclerk.com for more instructions.

☐ **CIVIL PROCESS SERVER -** Authorized Person to Pick-up: ________________ Phone: __________

☐ **OTHER**, *explain* ________________________________________________

**Issuance of Service Requested By:** Attorney/Party Name: Amy C. Falcon Bar # or ID 24053576

Mailing Address: Porter Hedges LLP, 1000 Main Street, Suite 3600, Houston, Texas 77002

Phone Number: 713.226.6681

Marilyn Burgess
HARRIS COUNTY DISTRICT CLERK

Request for Issuance of Service

**CASE NUMBER: 2021-46431** **CURRENT COURT: 269th Jidicial District**
**Name(s) of Documents to be served: Plaintiff's Original Petition**

**FILE DATE:** 07/30/2021 Month/Day/Year
**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**

**Issue Service to**: MITSUI E&P TEXAS LP

Address of Service: 1999 Bryan Street, Suite 900

City, State & Zip: Dallas Texas 75201

Agent (if applicable): CT Corporation System

**TYPE OF SERVICE/PROCESS TO BE ISSUED**: (Check the proper Box)

☒ **Citation** ☐ **Citation by Posting** ☐ **Citation by Publication** ☐ **Citations Rule 106 Service**

☐ **Citation Scire Facias** **Newspaper**______________

☐ **Temporary Restraining Order** ☐ **Precept** ☐ **Notice**

☐ **Protective Order**

☐ **Secretary of State Citation ($12.00)** ☐ **Capias** **(not by E-Issuance)** ☐ **Attachment** **(not by E-Issuance)**

☐ **Certiorari** ☐ **Highway Commission ($12.00)**

☐ **Commissioner of Insurance ($12.00)** ☐ **Hague Convention ($16.00)** ☐ **Garnishment**

☐ **Habeas Corpus** **(not by E-Issuance)** ☐ **Injunction** ☐ **Sequestration**

☐ **Subpoena**

☐ **Other (Please Describe)** ____________________________________

**(See additional Forms for Post Judgment Service)**

**SERVICE BY *(check one)*:**

☐ **ATTORNEY PICK-UP (phone)** __________________
☐ **MAIL to attorney at:** __________________
☐ **CONSTABLE**
☐ **CERTIFIED MAIL by District Clerk**

☒ **E-Issuance by District Clerk**
**(No Service Copy Fees Charged)**
***Note*: The email registered with EfileTexas.gov must be used to retrieve the E-Issuance Service Documents. Visit www.hcdistrictclerk.com for more instructions.**

☐ **CIVIL PROCESS SERVER -** Authorized Person to Pick-up: ________________ Phone: __________

☐ **OTHER**, *explain* ________________________________________________

**Issuance of Service Requested By:** Attorney/Party Name: Amy C. Falcon Bar # or ID 24053576

Mailing Address: Porter Hedges LLP, 1000 Main Street, Suite 3600, Houston, Texas 77002

Phone Number: 713.226.6681

Marilyn Burgess
HARRIS COUNTY DISTRICT CLERK
201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

# Request for Issuance of Service

**CASE NUMBER: 2021-46431** **CURRENT COURT: 269th Jidicial District**
**Name(s) of Documents to be served: Plaintiff's Original Petition**

**FILE DATE:** 07/30/2021 Month/Day/Year
**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**

**Issue Service to**: MESQUITE ENERGY, INC.

Address of Service: 1999 Bryan Street, Suite 900

City, State & Zip: Dallas Texas 75201

Agent (if applicable): CT Corporation System

**TYPE OF SERVICE/PROCESS TO BE ISSUED**: (Check the proper Box)

☒ **Citation** ☐ **Citation by Posting** ☐ **Citation by Publication** ☐ **Citations Rule 106 Service**
☐ **Citation Scire Facias** **Newspaper**______________
☐ **Temporary Restraining Order** ☐ **Precept** ☐ **Notice**
☐ **Protective Order**
☐ **Secretary of State Citation ($12.00)** ☐ **Capias** **(not by E-Issuance)** ☐ **Attachment** **(not by E-Issuance)**
☐ **Certiorari** ☐ **Highway Commission ($12.00)**
☐ **Commissioner of Insurance ($12.00)** ☐ **Hague Convention ($16.00)** ☐ **Garnishment**
☐ **Habeas Corpus** **(not by E-Issuance)** ☐ **Injunction** ☐ **Sequestration**
☐ **Subpoena**
☐ **Other (Please Describe)** ___________________________________
**(See additional Forms for Post Judgment Service)**

**SERVICE BY *(check one)*:**
☐ **ATTORNEY PICK-UP (phone)** __________________
☐ **MAIL to attorney at:** ___________________
☐ **CONSTABLE**
☐ **CERTIFIED MAIL by District Clerk**

☒ **E-Issuance by District Clerk**
**(No Service Copy Fees Charged)**
***Note*:** The email registered with EfileTexas.gov must be used to retrieve the E-Issuance Service Documents. Visit www.hcdistrictclerk.com for more instructions.

☐ **CIVIL PROCESS SERVER -** Authorized Person to Pick-up: ________________ Phone: __________

☐ **OTHER**, *explain* ________________________________________________

**Issuance of Service Requested By:** Attorney/Party Name: Amy C. Falcon Bar # or ID 24053576

Mailing Address: Porter Hedges LLP, 1000 Main Street, Suite 3600, Houston, Texas 77002

Phone Number: 713.226.6681

8/20/2021 10:53 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 56500564
By: A Davis
Filed: 8/20/2021 10:53 AM

# AFFIDAVIT OF SERVICE

**State of Texas** **County of Harris** **269th Judicial District Court**

Case Number: 2021-46431

Plaintiff:
**CARNERO G&P LLC**

vs.

Defendant:
**SN EF UNSUB, LP, EAGLE FORD TX LP, et al**

Received these papers on the 12th day of August, 2021 at 5:30 pm to be served on **EAGLE FORD TX LP care of its Registered Agent, CAPITOL CORPORATE SERVICES, INC., 206 E. 9th Street, Suite 1300, Austin, Travis County, TX 78701.**

I, Vivian Smith, being duly sworn, depose and say that on the **13th day of August, 2021 at 10:05 am, I:**

hand-delivered a true copy of this **Citation together with Plaintiff's Original Petition,** to **EAGLE FORD TX LP care of its Registered Agent, CAPITOL CORPORATE SERVICES, INC.** by and through its designated agent, **MARY ANN QUICK,** at the address of: **206 E. 9th Street, Suite 1300, Austin, Travis County, TX 78701,** having first endorsed upon such copy of such process the date of delivery.

I certify that I am approved by the Judicial Branch Certification Commission, Misc. Docket No. 05-9122 under rule 103, 501, and 501.2 of the TRCP to deliver citations and other notices from any District, County and Justice Courts in and for the State of Texas. I am competent to make this oath; I am not less than 18 years of age, I am not a party to the above-referenced cause, I have not been convicted of a felony or a crime of moral turpitude, and I am not interested in the outcome of the above-referenced cause.

Subscribed and Sworn to before me on the 13th day of August, 2021 by the affiant who is personally known to me.

NOTARY PUBLIC

SCOTT L. THOMAS
NOTARY PUBLIC
STATE OF TEXAS
ID# 10407286
EXPIRES 1-9-2024

**Vivian Smith**
PSC-12617, Exp. 5/31/2022

Our Job Serial Number: THP-2021004015
Ref: 224-0199

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2c

Receipt Number: 942370
Tracking Number: 73900910

**COPY OF PLEADING PROVIDED BY PLT**

CAUSE NUMBER: 202146431

| | |
|---|---|
| PLAINTIFF: CARNERO G&P LLC | In the 269th Judicial |
| vs. | District Court of |
| DEFENDANT: SN EF UNSUB LP | Harris County, Texas |

CITATION

THE STATE OF TEXAS
County of Harris

TO: EAGLE FORD TX LP MAY BE SERVED THROUGH ITS REGISTERED AGENT CAPITOL
CORPORATE SERVICES INC
206 E 9TH STREET SUITE 1300
AUSTIN TX 78701

Attached is a copy of PLAINTIFF'S ORIGINAL PETITION.

This instrument was filed on July 30, 2021, in the above numbered and styled cause on the docket in the above Judicial District Court of Harris County, Texas, in the courthouse in the City of Houston, Texas. The instrument attached describes the claim against you.

YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

ISSUED AND GIVEN UNDER MY HAND and seal of said Court, at Houston, Texas, this August 11, 2021.




Marilyn Burgess

Marilyn Burgess, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002

Generated By: RHONDA MOMON

Issued at request of:
FALCON, AMY COATES
1000 MAIN STREET, STE 3600
HOUSTON, TX 77002
713-226-6681

Bar Number: 24053576

Tracking Number: 73900910

CAUSE NUMBER: 202146431

| | |
|---|---|
| PLAINTIFF: CARNERO G&P LLC | In the 269th |
| vs. | Judicial District Court |
| DEFENDANT: SN EF UNSUB LP | of Harris County, Texas |

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at ________o'clock _____. M., on the ________ day of ________________________________________, 20_______.

Executed at (address) ________________________________________________
in _______________ County
at _______ o'clock _____. M., on the ________ day of ______________________________________________, 20 ______,

by delivering to ________________________________________________ defendant,
in person, a true copy of this
Citation together with the accompanying ______ copy(ies) of the ______________________________________ Petition
attached thereto and I endorsed on said copy of the Citation the date of delivery.

To certify which I affix my hand officially this _________ day of ________________________________________, 20 _______.

FEE: $ ______________

________________________________________________

________________ of ____________________

County, Texas

______________________________________ By: ________________________________________
Affiant Deputy

On this day, ______________________________________________, known to me to be the person whose signature
appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME on this __________ of ________________________________________, 20 _____

________________________________________
Notary Public

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jacqueline Chin on behalf of Amy Falcon
Bar No. 24053576
jchin@porterhedges.com
Envelope ID: 56500564
Status as of 8/20/2021 11:02 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Amy CFalcon | | afalcon@porterhedges.com | 8/20/2021 10:53:35 AM | SENT |
| Eugene MNettles | | emnettles@porterhedges.com | 8/20/2021 10:53:35 AM | SENT |
| Joshua Wolfshohl | | jwolfshohl@porterhedges.com | 8/20/2021 10:53:35 AM | SENT |
| Jacqueline Chin | | jchin@porterhedges.com | 8/20/2021 10:53:35 AM | SENT |

8/20/2021 10:42 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 56499614
By: F Abdul-Bari
Filed: 8/20/2021 10:42 AM

**CAUSE NO. 202146431**

| | | |
|---|---|---|
| **CARNERO G&P LLC** | § | **IN THE DISTRICT COURT** |
| | § | |
| | § | |
| **Plaintiff(s),** | § | |
| **VS.** | § | **269TH JUDICIAL DISTRICT** |
| | § | |
| **SN EF UNSUB, LP, ET AL** | § | |
| | § | |
| **Defendant(s).** | § | **HARRIS COUNTY, TEXAS** |

# RETURN OF SERVICE

Came to my hand on **Thursday, August 12, 2021 at 5:54 PM,**
Executed at: **1999 BRYAN STREET, STE 900, DALLAS, TX 75201**
within the county of **DALLAS** at **10:44 AM,** on **Friday, August 13, 2021,**
by delivering to the within named:

**MESQUITE ENERGY INC**

By delivering to its **Registered Agent, CT CORPORATION SYSTEM**
By delivering to its **Authorized Agent, TERRI THONGSAVAT**
a true copy of this

**CITATION CORPORATE AND PLAINTIFF'S ORIGINAL PETITION**

having first endorsed thereon the date of the delivery.

**BEFORE ME,** the undersigned authority, on this day personally appeared **Adil Tadli** who after being duly sworn on oath states: "My name is **Adil Tadli.** I am a person not less than eighteen (18) years of age and I am competent to make this oath. I am a resident of the State of Texas. I have personal knowledge of the facts and statements contained herein and aver that each is true and correct. I am not a party to nor related or affiliated with any party to this suit. I have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I am familiar with the Texas Rules of Civil Procedure, and the Texas Civil Practice and Remedies Codes as they apply to service of process. I am certified by the Judicial Branch Certification Commission to deliver citations and other notices from any District, County and Justice Courts in and for the State of Texas in compliance with rule 103 and 501.2 of the TRCP."

By:______________________________
**Adil Tadli - PSC 1206 - Exp 05/31/22**
**served@specialdelivery.com**

**Subscribed and Sworn to by Adil Tadli, Before Me, the undersigned authority, on this** 17th **day of August, 2021.**

Charity N. Coleman
**Notary Public in and for the State of Texas**

CHARITY N COLEMAN
Notary Public
STATE OF TEXAS
ID# 12523831-2
My Comm. Exp. March 21, 2025

CAUSE NO. 202146431

COPY OF PLEADING PROVIDED BY PLT

RECEIPT NO: 942370 TRACKING NO: 73900913

| | |
|---|---|
| Plaintiff: | In The 269th |
| CARNERO G&P LLC | Judicial District Court of |
| vs. | Harris County, Texas |
| Defendant: | 201 CAROLINE |
| SN EF UNSUB LP | Houston, Texas |

**CITATION CORPORATE**

**THE STATE OF TEXAS**
**County of Harris**

**To: MESQUITE ENERGY INC (IS A CORPORATION) MAY BE SERVED THROUGH ITS REGISTERED AGENT CT CORPORATION SYSTEM**
**1999 BRYAN ST SUITE 900, DALLAS TX 75201**

Attached is a copy of: PLAINTIFF'S ORIGINAL PETITION

This instrument was filed on July 30, 2021 in the above cited cause number and court. The instrument attached describes the claim against you.

**YOU HAVE BEEN SUED.** You may employ an attorney. If you or your Attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration date of 20 days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

This citation was issued on August 11, 2021, under my hand and seal of said court.

<u>Issued at the request of:</u>

FALCON, AMY COATES
1000 MAIN STREET, STE 3600
HOUSTON, TX 77002
713-226-6681
Bar Number: 24053576

DISTRICT COURT OF HARRIS COUNTY TEXAS

Marilyn Burgess

Marilyn Burgess, District Clerk

Harris County, Texas
201 CAROLINE Houston Texas 77002
(PO Box 4651, Houston, Texas 77210)

Generated By:RHONDA MOMON

Tracking Number: 73900913

**CAUSE NUMBER: 202146431**

| | |
|---|---|
| **PLAINTIFF: CARNERO G&P LLC** | **In the 269th** |
| vs. | **Judicial District Court of** |
| **DEFENDANT: SN EF UNSUB LP** | **Harris County, Texas** |

OFFICER - AUTHORIZED PERSON RETURN

Came to hand at _______ o'clock ___. M. on the _________ day of ________________________, 20_____. Executed at

(Address)__________________________________________________________________________________________
in

____________________ County at o'clock ___. M. On the _________ day of ________________________, 20_____, by

Delivering to ________________________________________________defendant, in person, a true copy of this Citation together with the accompanying ______ copy (ies) of the «Attachment». Petition attached thereto and I endorsed on said copy of the Citation the date of delivery.

To certify which I affix my hand officially this _______________day of ________________________________, 20.

Fees $_________________________

_____________________________________________ By_______________________________________

Affiant Deputy

On this day, ________________________________________________, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, On this ______ day of ________________________________, 20__.

__________________________________________

Notary Public

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jacqueline Chin on behalf of Amy Falcon
Bar No. 24053576
jchin@porterhedges.com
Envelope ID: 56499614
Status as of 8/20/2021 10:46 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Amy CFalcon | | afalcon@porterhedges.com | 8/20/2021 10:42:11 AM | SENT |
| Eugene MNettles | | emnettles@porterhedges.com | 8/20/2021 10:42:11 AM | SENT |
| Joshua Wolfshohl | | jwolfshohl@porterhedges.com | 8/20/2021 10:42:11 AM | SENT |
| Jacqueline Chin | | jchin@porterhedges.com | 8/20/2021 10:42:11 AM | SENT |

8/20/2021 10:38 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 56499287
By: F Abdul-Bari
Filed: 8/20/2021 10:38 AM

**CAUSE NO. 202146431**

| | | |
|---|---|---|
| **CARNERO G&P LLC** | § | **IN THE DISTRICT COURT** |
| | § | |
| | § | |
| **Plaintiff(s),** | § | |
| **VS.** | § | **269TH JUDICIAL DISTRICT** |
| | § | |
| **SN EF UNSUB, LP, ET AL** | § | |
| | § | |
| **Defendant(s).** | § | **HARRIS COUNTY, TEXAS** |

# RETURN OF SERVICE

Came to my hand on **Thursday, August 12, 2021 at 5:54 PM,**
Executed at: **1999 BRYAN STREET, STE 900, DALLAS, TX 75201**
within the county of **DALLAS** at **10:44 AM,** on **Friday, August 13, 2021,**
by delivering to the within named:

**MITSUI E&P TEXAS LP**

By delivering to its **Registered Agent, CT CORPORATION SYSTEM**
By delivering to its **Authorized Agent, TERRI THONGSAVAT**
a true copy of this

**CITATION AND PLAINTIFF'S ORIGINAL PETITION**

having first endorsed thereon the date of the delivery.

**BEFORE ME,** the undersigned authority, on this day personally appeared **Adil Tadli** who after being duly sworn on oath states: "My name is **Adil Tadli.** I am a person not less than eighteen (18) years of age and I am competent to make this oath. I am a resident of the State of Texas. I have personal knowledge of the facts and statements contained herein and aver that each is true and correct. I am not a party to nor related or affiliated with any party to this suit. I have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I am familiar with the Texas Rules of Civil Procedure, and the Texas Civil Practice and Remedies Codes as they apply to service of process. I am certified by the Judicial Branch Certification Commission to deliver citations and other notices from any District, County and Justice Courts in and for the State of Texas in compliance with rule 103 and 501.2 of the TRCP."

By:______________________________
**Adil Tadli - PSC 1206 - Exp 05/31/22**
**served@specialdelivery.com**

**Subscribed and Sworn to by Adil Tadli, Before Me, the undersigned authority, on this** 17th **day of August, 2021.**

Charity N. Coleman
**Notary Public in and for the State of Texas**

CHARITY N COLEMAN
Notary Public
STATE OF TEXAS
ID# 12523831-2
My Comm. Exp. March 21, 2025

Receipt Number: 942370
Tracking Number: 73900912

**COPY OF PLEADING PROVIDED BY PLT**

CAUSE NUMBER: 202146431

| | |
|---|---|
| PLAINTIFF: CARNERO G&P LLC | In the 269th Judicial |
| vs. | District Court of |
| DEFENDANT: SN EF UNSUB LP | Harris County, Texas |

CITATION

THE STATE OF TEXAS
County of Harris

TO: MITSUI E&P TEXAS LP MAY BE SERVED BY SERVING THROUGH ITS REGISTERED AGENT

CT CORPORATION SYSTEM

1999 BRYAN STREET SUITE 900

DALLAS TX 75201

Attached is a copy of PLAINTIFF'S ORIGINAL PETITION.

This instrument was filed on July 30, 2021, in the above numbered and styled cause on the docket in the above Judicial District Court of Harris County, Texas, in the courthouse in the City of Houston, Texas. The instrument attached describes the claim against you.

YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

ISSUED AND GIVEN UNDER MY HAND and seal of said Court, at Houston, Texas, this August 11, 2021.

DISTRICT COURT OF HARRIS COUNTY, TEXAS

Marilyn Burgess

Marilyn Burgess, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002

Generated By: RHONDA MOMON

Issued at request of:
FALCON, AMY COATES
1000 MAIN STREET, STE 3600
HOUSTON, TX 77002
713-226-6681

Bar Number: 24053576

Tracking Number: 73900912

CAUSE NUMBER: 202146431

| | |
|---|---|
| PLAINTIFF: CARNERO G&P LLC | In the 269th |
| vs. | Judicial District Court |
| DEFENDANT: SN EF UNSUB LP | of Harris County, Texas |

## OFFICER/AUTHORIZED PERSON RETURN

Came to hand at ______o'clock ____. M., on the ______ day of ____________________, 20______.

Executed at (address) ______________________________ in ____________ County at ______ o'clock ____. M., on the ______ day of ____________________, 20 _____,

by delivering to ______________________________ defendant, in person, a true copy of this Citation together with the accompanying _____ copy(ies) of the ____________________ Petition attached thereto and I endorsed on said copy of the Citation the date of delivery.

To certify which I affix my hand officially this ______ day of ____________________, 20 ______.

FEE: $ __________

____________________

__________ of __________

County, Texas

____________________ Affiant

By: ____________________ Deputy

On this day, ______________________________, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME on this ________ of ____________________, 20 _____

____________________
Notary Public

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jacqueline Chin on behalf of Amy Falcon
Bar No. 24053576
jchin@porterhedges.com
Envelope ID: 56499287
Status as of 8/20/2021 10:45 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Amy CFalcon | | afalcon@porterhedges.com | 8/20/2021 10:38:19 AM | SENT |
| Eugene MNettles | | emnettles@porterhedges.com | 8/20/2021 10:38:19 AM | SENT |
| Joshua Wolfshohl | | jwolfshohl@porterhedges.com | 8/20/2021 10:38:19 AM | SENT |
| Jacqueline Chin | | jchin@porterhedges.com | 8/20/2021 10:38:19 AM | SENT |

8/20/2021 10:45 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 56499925
By: F Abdul-Bari
Filed: 8/20/2021 10:45 AM

**CAUSE NO. 202146431**

| | | |
|---|---|---|
| **CARNERO G&P LLC** | § | **IN THE DISTRICT COURT** |
| | § | |
| | § | |
| **Plaintiff(s),** | § | |
| **VS.** | § | **269TH JUDICIAL DISTRICT** |
| | § | |
| **SN EF UNSUB, LP, ET AL** | § | |
| | § | |
| **Defendant(s).** | § | **HARRIS COUNTY, TEXAS** |

# RETURN OF SERVICE

Came to my hand on **Thursday, August 12, 2021 at 5:54 PM,**
Executed at: **1999 BRYAN STREET, STE 900, DALLAS, TX 75201**
within the county of **DALLAS** at **10:44 AM,** on **Friday, August 13, 2021,**
by delivering to the within named:

**SN EF UNSUB, LP**

By delivering to its **Registered Agent, CT CORPORATION SYSTEM**
By delivering to its **Authorized Agent, TERRI THONGSAVAT**
a true copy of this

**CITATION AND PLAINTIFF'S ORIGINAL PETITION**

having first endorsed thereon the date of the delivery.

**BEFORE ME,** the undersigned authority, on this day personally appeared **Adil Tadli** who after being duly sworn on oath states: "My name is **Adil Tadli.** I am a person not less than eighteen (18) years of age and I am competent to make this oath. I am a resident of the State of Texas. I have personal knowledge of the facts and statements contained herein and aver that each is true and correct. I am not a party to nor related or affiliated with any party to this suit. I have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I am familiar with the Texas Rules of Civil Procedure, and the Texas Civil Practice and Remedies Codes as they apply to service of process. I am certified by the Judicial Branch Certification Commission to deliver citations and other notices from any District, County and Justice Courts in and for the State of Texas in compliance with rule 103 and 501.2 of the TRCP."

By:________________________________
**Adil Tadli - PSC 1206 - Exp 05/31/22**
**served@specialdelivery.com**

**Subscribed and Sworn to by Adil Tadli, Before Me, the undersigned authority, on this** 17th **day of August, 2021.**

Charity N Coleman
**Notary Public in and for the State of Texas**

CHARITY N COLEMAN
Notary Public
STATE OF TEXAS
ID# 12523831-2
My Comm. Exp. March 21, 2025

Receipt Number: 942370
Tracking Number: 73900908

**COPY OF PLEADING PROVIDED BY PLT**

CAUSE NUMBER: 202146431

| | |
|---|---|
| PLAINTIFF: CARNERO G&P LLC | In the 269th Judicial |
| vs. | District Court of |
| DEFENDANT: SN EF UNSUB LP | Harris County, Texas |

CITATION

THE STATE OF TEXAS
County of Harris

TO: SN EF UNSUB LP MAY BE SERVED THROUGH ITS REGISTERED AGENT CT CORPORATION SYSTEM

1999 BRYAN STREET ST SUITE 900

DALLAS TX 75201

Attached is a copy of PLAINTIFF'S ORIGINAL PETITION.

This instrument was filed on July 30, 2021, in the above numbered and styled cause on the docket in the above Judicial District Court of Harris County, Texas, in the courthouse in the City of Houston, Texas. The instrument attached describes the claim against you.

YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

ISSUED AND GIVEN UNDER MY HAND and seal of said Court, at Houston, Texas, this August 11, 2021.

DISTRICT COURT OF HARRIS COUNTY TEXAS

Marilyn Burgess

Marilyn Burgess, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002

Generated By: RHONDA MOMON

Issued at request of:
FALCON, AMY COATES
1000 MAIN STREET, STE 3600
HOUSTON, TX 77002
713-226-6681

Bar Number: 24053576

Tracking Number: 73900908

CAUSE NUMBER: 202146431

PLAINTIFF: CARNERO G&P LLC — In the 269th

vs. — Judicial District Court

DEFENDANT: SN EF UNSUB LP — of Harris County, Texas

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _______o'clock _____. M., on the _______ day of _______________________________, 20______.

Executed at (address) _______________________________________________
in _____________ County
at _______ o'clock _____. M., on the _______ day of _______________________________, 20 ______,

by delivering to ___________________________________________ defendant,
in person, a true copy of this
Citation together with the accompanying ______ copy(ies) of the ______________________________ Petition
attached thereto and I endorsed on said copy of the Citation the date of delivery.

To certify which I affix my hand officially this ________ day of ______________________________, 20 _______.

FEE: $ ____________

_______________________________________

______________ of ______________

County, Texas

______________________________ By: ______________________________

Affiant — Deputy

On this day, ______________________________________________, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME on this __________ of ______________________________, 20 ______

______________________________

Notary Public

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jacqueline Chin on behalf of Amy Falcon
Bar No. 24053576
jchin@porterhedges.com
Envelope ID: 56499925
Status as of 8/20/2021 10:49 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Amy CFalcon | | afalcon@porterhedges.com | 8/20/2021 10:45:59 AM | SENT |
| Eugene MNettles | | emnettles@porterhedges.com | 8/20/2021 10:45:59 AM | SENT |
| Joshua Wolfshohl | | jwolfshohl@porterhedges.com | 8/20/2021 10:45:59 AM | SENT |
| Jacqueline Chin | | jchin@porterhedges.com | 8/20/2021 10:45:59 AM | SENT |

8/20/2021 10:57 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 56500817
By: A Davis
Filed: 8/20/2021 10:57 AM

# AFFIDAVIT OF SERVICE

**State of HARRIS** **County of TEXAS** **269th Judicial District Court**

Case Number: 202146431

Plaintiff:
**CARNERO G&P LLC**

vs.

Defendant:
**SN EF UNSUB LP, ET AL**

Received these papers on the 12th day of August, 2021 at 1:00 pm to be served on **VENADO EF L P By Delivering To Registered Agent, Corporate Creations Network Inc., 5444 WESTHEIMER # 1000, HOUSTON, TX 77056**.

I, NIKKI WILLIAMS, being duly sworn, depose and say that on the **16th day of August, 2021 at 3:28 pm, I:**

served an **AUTHORIZED** entity by delivering a true copy of the **CITATION AND PLAINTIFFS ORIGINAL PETITION** with the date and hour of service endorsed thereon by me, to: **MARIA NEWMAN** as **AUTHORIZED AGENT FOR SERVICE** at the address of: **5444 WESTHEIMER # 1000, HOUSTON, TX 77056**, who stated they are authorized to accept service for **VENADO EF L P By Delivering To Registered Agent, Corporate Creations Network Inc.**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 44, Sex: F, Race/Skin Color: Hispanic, Height: 5'6", Weight: 160, Hair: Dark Brown, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Nikki Williams

**NIKKI WILLIAMS**
PSC-18760 EXP 10/31/2022

Subscribed and Sworn to before me on the 16th day of August, 2021 by the affiant who is personally known to me.

Alexandra Tedder
NOTARY PUBLIC

ALEXANDRA TEDDER
Notary Public, State of Texas
Comm. Expires 03-19-2025
Notary ID 132985705

Our Job Serial Number: DNE-2021000736
Ref: 2240203

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1p

Receipt Number: 942370
Tracking Number: 73900911

COPY OF PLEADING PROVIDED BY PLT

CAUSE NUMBER: 202146431

| | |
|---|---|
| PLAINTIFF: CARNERO G&P LLC | In the 269th Judicial |
| vs. | District Court of |
| DEFENDANT: SN EF UNSUB LP | Harris County, Texas |

CITATION

THE STATE OF TEXAS
County of Harris

TO: VENADO EF L P MAY BE SERVED THROUGH ITS REGISTERED AGENT

CORPORATE CREATIONS NETWORK INC

5444 WESTHEIMER #1000

HOUSTON TX 77056

Attached is a copy of PLAINTIFF'S ORIGINAL PETITION.

This instrument was filed on July 30, 2021, in the above numbered and styled cause on the docket in the above Judicial District Court of Harris County, Texas, in the courthouse in the City of Houston, Texas. The instrument attached describes the claim against you.

YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

ISSUED AND GIVEN UNDER MY HAND and seal of said Court, at Houston, Texas, this August 11, 2021.

DISTRICT COURT OF HARRIS COUNTY TEXAS

Marilyn Burgess

Marilyn Burgess, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002

Generated By: RHONDA MOMON

Issued at request of:
FALCON, AMY COATES
1000 MAIN STREET, STE 3600
HOUSTON, TX 77002
713-226-6681

Bar Number: 24053576

Tracking Number: 73900911

CAUSE NUMBER: 202146431

PLAINTIFF: CARNERO G&P LLC | In the 269th

vs. | Judicial District Court

DEFENDANT: SN EF UNSUB LP | of Harris County, Texas

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at ________o'clock _____. M., on the ________ day of ______________________________________, 20________.

Executed at (address) ________________________________________________________
in _______________ County
at _______ o'clock _____. M., on the ________ day of __________________________________________________, 20 ______,

by delivering to ______________________________________________________________ defendant,
in person, a true copy of this
Citation together with the accompanying _______ copy(ies) of the ________________________________________________ Petition
attached thereto and I endorsed on said copy of the Citation the date of delivery.

To certify which I affix my hand officially this _________ day of _____________________________________________, 20 _______.

FEE: $ ______________ ________________________________________________

________________ of ____________________

County, Texas

______________________________________ By: __________________________________________
Affiant Deputy

On this day, ____________________________________________________, known to me to be the person whose signature
appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME on this __________ of ________________________________________, 20 ______

__________________________________________
Notary Public

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jacqueline Chin on behalf of Amy Falcon
Bar No. 24053576
jchin@porterhedges.com
Envelope ID: 56500817
Status as of 8/20/2021 11:04 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Amy CFalcon | | afalcon@porterhedges.com | 8/20/2021 10:57:02 AM | SENT |
| Eugene MNettles | | emnettles@porterhedges.com | 8/20/2021 10:57:02 AM | SENT |
| Joshua Wolfshohl | | jwolfshohl@porterhedges.com | 8/20/2021 10:57:02 AM | SENT |
| Jacqueline Chin | | jchin@porterhedges.com | 8/20/2021 10:57:02 AM | SENT |

9/4/2021 3:43 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 56978934
By: F Abdul-Bari
Filed: 9/7/2021 12:00 AM

Cause No. 2021-46431

| | | |
|---|---|---|
| Carnero G&P, LLC | § | IN THE DISTRICT COURT OF |
| *Plaintiff*, | § | |
| v. | § | HARRIS COUNTY, TEXAS |
| SN EF Unsub LP, Eagle Ford TX LP, Venado EF L.P., Mitsui E&P Texas LP, and Mesquite Energy, Inc. | § | |
| *Defendants*. | § | 269TH DISTRICT COURT |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In Re: | § | Chapter 11 |
| Sanchez Energy Corporation, *et. al.* | § | Case No. 19-34508 |
| *Reorganized Debtors.*[1] | § | (Jointly Administered) |

| | | |
|---|---|---|
| Carnero G&P, LLC | § | Adversary No. ______________ |
| *Plaintiff*, | § | |
| v. | § | |
| SN EF Unsub LP, Eagle Ford TX LP, Venado EF L.P., Mitsui E&P Texas LP, and Mesquite Energy, Inc. | § | |
| *Defendants*. | § | |

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Sanchez Energy Corporation (0102); SN Palmetto, LLC (3696); SN Marquis LLC (0102); SN Cotulla Assets, LLC (0102); SN Operating, LLC (2143); SN TMS, LLC (0102); SN Catarina, LLC (0102); Rockin L Ranch Company, LLC (0102); SN EF Maverick, LLC (0102); SN Payables, LLC (0102); and SN UR Holdings, LLC (0102). The location of the Reorganized Debtors' service address is 700 Milam Street, Suite 600, Houston, Texas 77002.

# STIPULATION

By the signatures of the counsel below, Plaintiff Carnero G&P, LLC and Defendants SN EF Unsub LP, Eagle Ford TX LP, Venado EF L.P., Mitsui E&P Texas LP, and Mesquite Energy, Inc. (collectively "**Defendants**") have agreed to abate the Defendants' deadline to file responsive pleadings in connection with the lawsuit *Carnero G&P, LLC v. SN EF Unsub LP, Eagle Ford TX LP, Venado EF L.P., Mitsui E&P Texas LP, and Mesquite Energy, Inc.,* Cause No. 2021-46431, in the 269th District Court of Harris County, Texas (the "**State Court Action**"), which the Defendants intend to remove to the United States Bankruptcy Court for the Southern District of Texas, Houston Division, and which Plaintiff then intends to move to remand, as follows:

1. The parties agree to abate the deadline for filing responsive pleadings (including answers or motions to dismiss) until after a resolution of the motion to remand.
2. The deadline for filing a responsive pleading will be 20 days after a ruling on the motion to remand.

DocuSigned by:
Joshua W. Wolfshohl
9689C6A6E745EC1

_________________________ Date: 9/4/2021

Eugene M. Nettles
Joshua W. Wolfshohl
Amy C. Falcon
**Porter Hedges LLP**
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6295
enettles@porterhedges.com
jwolfshohl@porterhedges.com
afalcon@porterhedges.com

**Attorneys for Plaintiff Carnero G&P, LLC**

DocuSigned by:

______________________________ Date: 9/3/2021

James G. Munisteri
**Foley & Lardner LLP**
Texas Bar No. 14667380
1000 Louisiana, Suite 2000
Houston, Texas 77002
Tel. 713.276.5500 / Fax
713.276.5555
jmunisteri@foley.com

Sara Ann Brown
**Foley & Lardner LLP**
Texas Bar No. 24075773
2021 McKinney Avenue, Suite 1600
Dallas, Texas 75201
Tel. 214.999.4887 / Fax
214.999.4667
sabrown@foley.com

Dennis Jenkins
Joseph Bretschneider
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue
New York, NY 10019-6099
Telephone: (212) 728-8276
Facsimile: (212) 728-8111
djenkins@willkie.com
jbretschneider@willkie.com

Mark T. Stancil
**Willkie Farr & Gallagher LLP**
1875 K Street, N.W.
Washington, DC 20006-1238
Telephone: (202) 303-1133
Facsimile: (202) 303-2133
mstancil@willkie.com

**Attorneys for Defendant**
**Mesquite Energy, Inc.**

DocuSigned by:
Rusty Woolley
0FCDECB7AB9467
_______________ Date: 9/3/2021

Thomas A. Woolley, III
**McCloskey Roberson, PLLC**
945 Heights Blvd.
Houston, Texas 77008
Telephone: (713) 337-3910
Facsimile: (713) 868-1275
rwoolley@mrwpllc.com

Paul M. Basta
Alice Belisle Eaton
Andrew J. Ehrlich
Sean A. Mitchell
Justin D. Ward
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3900
pbasta@paulweiss.com
aeaton@paulweiss.com
aehrlich@paulweiss.com
smitchell@paulweiss.com
jward@paulweiss.com

**Attorneys for Defendant SN EF Unsub, LP**

DocuSigned by:
Jared Wilkerson
3547C3B788AE472...
________________________________ Date: 9/3/2021

Michelle Pector, Esq.
Jared Wilkerson, Esq.
**Morgan, Lewis & Bockius LLP**
1000 Louisiana St., Suite 4000
Houston, TX 77002
Telephone: (713) 890-5000
Facsimile: (713) 890-5001
michelle.pector@morganlewis.com
jared.wilkerson@morganlewis.com

Julia Frost-Davies, Esq.
Amy L. Kyle, Esq.
**Morgan, Lewis & Bockius LLP**
One Federal Street
Boston, MA 02215
Telephone: (617) 341-7700
Facsimile: (617) 341-7701
julia.frost-davies@morganlewis.com
amy.kyle@morganlewis.com

**Attorneys for Defendant Eagle Ford TX, LP**

DocuSigned by:
Rex Manning
FF49358EDFCC492...
________________________________ Date: 9/3/2021

Rex Manning
**Kirkland & Ellis LLP**
Kirkland & Ellis International LLP
609 Main Street
Houston, Texas 77002
Telephone: (713) 836-3600
Facsimile: (713) 836-3601
rex.manning@kirkland.com

**Attorney for Defendant Venado EF L.P.**

DocuSigned by:
Maegan Quejada
_______________________________ Date: 9/3/2021

Duston K. McFaul
Maegan Quejada
**Sidley Austin LLP**
1000 Louisiana St., Suite 5900
Houston, Texas 77002
Telephone: (713) 495-4500
dmcfaul@sidley.com
mquejada@sidley.com

Angela C. Zambrano
**Sidley Austin LLP**
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone: (214) 981-3300
angela.zambrano@sidley.com

**Attorneys for Defendant Mitsui E&P Texas LP**

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Sara Brown on behalf of Sara Brown
Bar No. 24075773
sabrown@foley.com
Envelope ID: 56978934
Status as of 9/7/2021 8:02 AM CST

Case Contacts

| **Name** | **BarNumber** | **Email** | **TimestampSubmitted** | **Status** |
|---|---|---|---|---|
| Amy CFalcon | | afalcon@porterhedges.com | 9/4/2021 3:43:23 PM | SENT |
| Eugene MNettles | | emnettles@porterhedges.com | 9/4/2021 3:43:23 PM | SENT |
| Joshua Wolfshohl | | jwolfshohl@porterhedges.com | 9/4/2021 3:43:23 PM | SENT |
| Jacqueline Chin | | jchin@porterhedges.com | 9/4/2021 3:43:23 PM | SENT |
| James G. Munisteri | 14667380 | jmunisteri@gardere.com | 9/4/2021 3:43:23 PM | SENT |
| Sara Brown | 24075773 | sabrown@foley.com | 9/4/2021 3:43:23 PM | SENT |
| Thomas Andrew Woolley | 24042193 | twoolley@mrwpllc.com | 9/4/2021 3:43:23 PM | SENT |
| Jared Wilkerson | 24084096 | jared.wilkerson@morganlewis.com | 9/4/2021 3:43:23 PM | SENT |
| Rex Manning | | rex.manning@kirkland.com | 9/4/2021 3:43:23 PM | SENT |
| Angela C.Zambrano | | angela.zambrano@sidley.com | 9/4/2021 3:43:23 PM | SENT |
| Duston K.McFaul | | dmcfaul@sidley.com | 9/4/2021 3:43:23 PM | SENT |
| Maegan Quejada | | mquejada@sidley.com | 9/4/2021 3:43:23 PM | SENT |